UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
UNITED STATES OF AMERICA,             :
                                      :    12 Cr. 0024 (CS)
        v.                            :
                                      :    **APPEARANCE OF COUNSEL**
ADEM ARICI and                        :
MARC E. VERZANI,                      :
                                      :
            Defendants.               :
                                      :
------------------------------ x


TO:   Clerk of Court
      United States District Court
      Southern District of New York


   I am admitted to practice in this Court and hereby appear in this case as counsel for Defendant Marc E. Verzani.

Date: 3/2/12                                    _____

                                                Guy Petrillo
                                                Petrillo Klein & Boxer LLP
                                                655 Third Avenue
                                                22nd Floor
                                                New York, New York 10017
                                                (212) 370-0330
                                                gpetrillo@pkbllp.com