*Robert Verzani*

$ __1,000,000__ PRB __2__ ~~ERP~~ x Unsecured   Secured $_____   ❏ Money Order or X Property
x Pretrial Supervision ❏ Drug Testing ❏ Mental Health Assessment  x Surrender all travel documents with no new application. ❏ Home Detention ❏ Electronic Monitoring.  **X Travel is restricted to the continental United States, Pretrial Services to be advised in advance, abide by directions of Pretrial Services and advise the Government of any trips of which Pretrial Services is advised.** X See Additional Conditions on the back.

AO 98 (Rev. 01/09) Defendant's Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   12 Cr. 24 (CS) |
| Marc E. Verzani | ) | |
| *Defendant* | ) | |

**AMENDED Appearance Bond**

## AMENDED DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it):*

***Ownership.*** We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect.  We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments):*

AO 98 (Rev. 01/09) Defendant's Appearance Bond

**Surety Information.** We understand that the court and the United States of America will rely on the surety information in approving this agreement.

**Conditions of Release.** We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

**Continuing Agreement.** Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

**Exoneration of sureties.** This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

**Forfeiture.** If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

**Additional Conditions:**
Bail is modified to add second co-signer, Robert Verzani, signing in WA, and to include 38 ~~Larchmont~~ Claremont Rd. Property in Scarsdale to partially secure the bond and additional property in Washington posted by Robert Verzani to further secure the bond. The remaining conditions are to remain in place and are incorporated herein.
With defendants signature and wife's signature, defendant can be released, with remaining conditions to be met by close of business 12/9/11 (Eastern Time).

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 3/14/12                                           _____
                                                        Defendant's signature

address city and state: 38 claremont RD, Scarsdale NY 10583

_____        _____
Co-Signer's printed name           Co-Signer signature

_____        _____
Co-Signer's printed name           Co-Signer signature

_____        _____
Co-Signer's printed name           Co-Signer signature

_____        _____
Co-Signer's printed name           Co-Signer signature

_____        _____
Co-Signer's printed name           Co-Signer's signature

AO 98 (Rev. 01/09) Defendant's Appearance Bond

---

*Co-Signer's printed name*     *Co-Signer's signature*

Sworn and signed before me.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

_____
*Judge's signature*